JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIA HAGGAR; KYO HAK CHU; VALERIE BROOKS, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MATTRESS FIRM, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-04644-MWF-RAO<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL** |

The Court having considered the parties' Stipulated Request for Dismissal orders that Plaintiff's individual claims against Defendant Mattress Firm, Inc. are dismissed with prejudice and Plaintiff's class claims against Defendant are dismissed without prejudice. Plaintiffs' and Defendant shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Date: November 4, 2019

Hon. Michael W. Fitzgerald
United States District Judge